IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 19-2234 ) |
| ALL QUALITY ELECTRICAL SERVICES, INC. | ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS WITH PREJUDICE

NOW COMES, the Plaintiff, NECA-IBEW WELFARE TRUST FUND by its attorneys, CAVANAGH & O'HARA LLP, and for its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with Prejudice, states as follows:

1. On August 29, 2019, Plaintiff filed its Complaint (d/e 1).

2. The Parties have reached a resolution to the matters asserted in Plaintiff's Complaint.

3. Plaintiff now seeks to dismiss its pending Complaint with prejudice against the Defendant wherein each Party has agreed to pay their own fees and costs.

Respectfully submitted,

NECA-IBEW WELFARE TRUST FUND,
Plaintiff,

By:     s/ Jacob A. Blickhan
JACOB A. BLICKHAN
CAVANAGH & O'HARA LLP
Attorneys for Plaintiff
2319 West Jefferson
Springfield, IL 62705


Telephone (217) 544-1771
Facsimile (217) 544-9894
jacobblickhan@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August 2021, a copy of the foregoing was filed electronically with the Clerk of the Court, via the Court's CM/ECF system, and I hereby certify that on August 19, 2021, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

All Quality Electrical Services, Inc.
Bruce A. Weil
Boies Schiller Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131

By: s/ Jacob A. Blickhan
JACOB A. BLICKHAN
CAVANAGH & O'HARA LLP
Attorneys for Plaintiff
2319 West Jefferson
Springfield, IL 62702
Telephone (217) 544-1771
Facsimile (217) 544-9894
jacobblickhan@cavanagh-ohara.com